```
ROBERT L. FORKNER (CSB# 166097)
LAW OFFICES OF ROBERT L. FORKNER
722 THIRTEENTH STREET
MODESTO, CA 95354
PH:  209.544.0200
FX:  209.544.1860

ATTORNEY FOR DEFENDANT,
ANTHONY FANTACONE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>         Plaintiff,         )<br>                            )<br>     vs.                    )<br>                            )<br>ANTHONY FANTACONE,          )<br>                            )<br>         Defendant          ) | Case No.: 1:08-CR-00224<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |

   IT IS HEREBY stipulated by the defendant, ANTHONY FANTACONE through his attorney, ROBERT L. FORKNER and Plaintiff United States of America, through its undersigned counsel, MARK E. CULLERS, Assistant United States Attorney for the Eastern District of California, as follows:

   1. The Terms and Conditions of Release includes that the defendant retain employment.  Mr. Fantacone is a retired Sheriff and is unable to return to work.

   2. Accordingly it is respectfully requested that the court modify the defendant's conditions of release and vacate Pretrial Services' employment condition.

STIPULATION & PROPOSED ORDER - 1

PDF created with pdfFactory trial version www.pdffactory.com

3. **All other prior terms and conditions of release remain in full force and effect.**

**DATED: 2/23/10**                                /s/ Robert L. Forkner
                                                  ROBERT L. FORKNER
                                                  ATTORNEY FOR DEFENDANT
                                                  ANTHONY FANTACONE


**DATED: 2/25/10**                                /s/ Mark E. Cullers
                                                  MARK E. CULLERS
                                                  ASSISTANT U.S. ATTORNEY



**ORDER**

**UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered.**

**Dated:   2/25/2010**                            /s/ OLIVER W. WANGER
                                                  OLIVER W. WANGER
                                                  United States District Judge

STIPULATION & PROPOSED ORDER - 2

PDF created with pdfFactory trial version www.pdffactory.com