ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544–0200
Fax:       (209) 544-1860

Attorney for Defendant
ANTHONY D. FANTACONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00224-OWW |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ANTHONY D. FANTACONE, | |
| Defendants. | |

    Defendant ANTHONY D. FANTACONE, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorneys MARK CULLERS and LAUREL J. MONTOYA, hereby stipulate and request the following:

    1. That the Court continue the sentencing in the above-captioned case from September 13, 2010, to **October 4, 2010, at 9:00 a.m.**

    2. The defense has requested the continuance in order to conduct additional investigation, which is needed for the Formal Objections to the Presentence Investigation Report.

    3. The government has not objections.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from September 13, 2010 through October 4, 2010, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: September 6, 2010

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
ANTHONY D. FANTACONE

Dated: September 6, 2010

/s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**  For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

IT IS SO ORDERED.

**Dated:   September 7, 2010**                   /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE