ROBERT L. FORKNER (SBN#166097)
LAW OFFICES OF ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Telephone:     209-544-0200
Fax:                209-544-1860

Attorney for Defendant
ANTHONY D. FANTACONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR-00224-009 OWW |
| Plaintiff, | STIPULATION AND ORDER FOR EARLY TERMINATION OF PROBATION |
| v. | Judge: Hon. OLIVER W. WANGER |
| ANTHONY D. FANTACONE, | |
| Defendants. | |

　　　IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, MARK CULLERS, Assistant United States Attorney, together with counsel for defendant ANTHONY D. FANTACONE, Robert L. Forkner, that probation be terminated for the defendant.

　　　The parties agree that the defendant is eligible for early termination of probation based on his completion of 100 hours of unpaid community service.  Mr. Fantacone has successfully complied with all of the conditions of his probation as directed by his Probation Officer Ms.

1

Leigh Danton.  Further, the defendant has paid in full all monetary penalties ordered by the court.

IT IS SO STIPULATED.

Dated:  February 25, 2011            /s/ Robert L. Forkner
                                     ROBERT FORKNER
                                     Attorney for Defendant
                                     ANTHONY D. FANTACONE

Dated:  February 25, 2011            Benjamin B. Wagner
                                     United States Attorney
                                      /s/ Mark Cullers
                                     MARK CULLERS
                                     Assistant United States Attorney

### ORDER TO TERMINATE PROBATION

UPON GOOD CAUSE APPEARING, it is hereby ordered that the defendant, Anthony D. Fantacone's probation is terminated.

IT IS SO ORDERED.

   Dated:   **February 28, 2011**               **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE